UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY TAYLOR,

        Petitioner,

v.                                   CIVIL CASE NO. 04-CV-70581-DT
                                   HONORABLE BERNARD A. FRIEDMAN

MILLICENT WARREN,

        Respondent.
_____/

### **JUDGMENT**

The above-entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Bernard A. Friedman, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

                                                                     s/Bernard A. Friedman
                                                     _____
                                                     BERNARD A. FRIEDMAN
                                                     UNITED STATES DISTRICT JUDGE

DATED: _____May 11, 2005__